UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

STEPHEN HEINEMANN,

      Plaintiff,

  v.

COPPERHILL APARTMENTS, et al.,

      Defendants.

NO. CIV. S-07-0018 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss is continued to July 13, 2007 at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than June 29, 2007.  The Defendant may file and serve a reply on or before July 6, 2007.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

3. Plaintiff's counsel shall file his response to the order to show cause on or before June 29, 2007.

4. A hearing on the order to show cause will follow the hearing on the Motion to Dismiss.

IT IS SO ORDERED.

DATED: May 31, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE