1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12                        ----oo0oo----

13  STEPHEN HEINEMANN,
                                     NO. CIV. S-07-0018 FCD DAD
14          Plaintiff,
                                     ORDER AND ORDER TO SHOW CAUSE
15       v.                          RE SANCTIONS

16  COPPERHILL APARTMENTS, et al.,

17          Defendants.

18                        ----oo0oo----

19      Plaintiff filed this action on January 2, 2007.  On

20  April 24, 2007, defendants filed a motion to dismiss.  Plaintiff

21  failed to file an opposition or notice of non-opposition to

22  defendant's motion in compliance with Local Rule 78-230(c).  The

23  court re-set the hearing date on defendants' motion and issued an

24  order to show cause as to why plaintiff's counsel should not be

25  sanctioned in the amount of $150.00 for failing to comply with

26  the court's local rules.  Plaintiff subsequently filed an

27  opposition to defendants' motion.  However, plaintiff failed to

28  respond to the court's order to show cause either separately or

1 in his opposition to defendants' motion.  On July 31, 2007, the

2 court dismissed plaintiff's complaint for failure to comply with

3 Rule 8(a) of the Federal Rules of Civil Procedure and ordered

4 plaintiff to file an amended complaint within thirty (30)days of

5 the order.  Additionally, plaintiff's counsel was ordered to pay

6 sanctions in the amount of $150.00.

7     On August 31, 2007, plaintiff filed an amended complaint.

8 That same day, plaintiff's counsel filed a declaration, stating

9 that he did not have the means to pay the sanction at that time,

10 but that he intended to pay the sanction by the end of September

11 2007.  As of October 18, 2007, the docket does not reflect that

12 plaintiff's counsel has paid the sanction.

13     On September 21, 2007, defendants filed a motion to dismiss

14 plaintiff's amended complaint for a hearing on October 26, 2007.

15 Pursuant to Local Rule 78-230(c), plaintiff's opposition or

16 statement of non-opposition should have been filed on or before

17 October 12, 2007.  Plaintiff has again failed to comply with the

18 Local Rules by failing to file a response to defendants' motion.

19     In light of the procedural history of this case, the court

20 makes the following orders:

21     1.   Plaintiff's counsel is ordered to show cause why this

22          case should not be dismissed for failure to prosecute

23          and for failure to comply with the court's orders and

24          Local Rules.

25     2.   Alternatively, plaintiff's counsel is ordered to show

26          cause why he should not be sanctioned in the amount of

27          $200.00 for failing to file an opposition or notice of

28          non-opposition to defendant's motion in compliance with

2

1       Local Rule 78-230(c).

2    3.    Plaintiff's counsel shall file his response to the

3          order to show cause on or before October 26, 2007.

4    4.    The hearing set for October 26, 2007 is VACATED. Based

5          upon the substance of plaintiff's response to the order

6          to show cause, the court will determine whether and

7          when to reset the hearing on defendants' motion to

8          dismiss.

9       IT IS SO ORDERED.

10   DATED: October 18,2007

11

12                                          _____

13                                          FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28